97R02733

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. William H. Walls |
| | Criminal No. 97-123 |
| v. | : |
| EDWARD SHIRLEY, et al. | : <u>ORDER FOR DISMISSAL</u> |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses the Indictment, Criminal No. 97-123, against defendants Edward Shirley and Michael Anderson, charging the defendants with civil rights violations in violation of Title 18, United States Code, Section 242 & 2. Defendants Shirley and Anderson were indicted, convicted and sentenced in Criminal No. 96-598. Therefore, further prosecution in this matter is not in the interests of the United States at this time.

This dismissal is without prejudice.

PAUL J. FISHMAN
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

HON. WILLIAM H. WALLS
United States District Judge

Dated: March 17, 2011.